AO 451 (Rev. 12/12)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

FILED
Date: 2021 Sept 17   Time: 1:00 P.M

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS, FLORIDA

| | |
|---|---|
| Matthew E. Orso | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:14-cv-00091-GCM |
| Todd Disner, et al. | ) 2:21-MC-31-SPC-NPM |
| *Defendant* | ) |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 08/14/2017 .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 08/04/2021

CLERK OF COURT

*Frank S. Johns*

*Signature of Clerk or Deputy Clerk*